**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                               **CASE NO. 3:11cr24-002/MCR**

**ERICK D. SMITH**
**a/k/a "Tator"**

_____/

## JUDGMENT OF ACQUITTAL

A jury trial was held in this case on August 1 - 3, 2011.  At the close of the government's case in chief the court granted the defendant's motion for judgment of acquittal as to counts four and five of the indictment.  At the end of the trial, the jury returned a verdict of not guilty on count two of the indictment and guilty verdicts on counts one and three.

Accordingly, the Defendant, Erick D. Smith is hereby ADJUDGED NOT GUILTY as to counts two, four and five in the Indictment and GUILTY of counts one and three of the indictment.

**DONE and ORDERED** at Pensacola, Florida, this 8th day of August, 2011.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**