UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:11cr24/MCR/EMT
  3:15cv545/MCR/EMT

ERICK D. SMITH
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 10, 2018. ECF No. 341. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Second Amended Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 332, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of January 2019.

                                                                   s/ *M. Casey Rodgers*
                                                                **M. CASEY RODGERS**
                                                                **UNITED STATES DISTRICT JUDGE**